UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-182-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROLANDO REYES-GARCIA, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion filed by the Office of Federal Public Defender seeking leave to withdraw as counsel for Defendant. The Office of the Federal Public Defender represents that Paul A. Suhr has been retained by Defendant.

Mr. Suhr, however, has not filed a Notice of Appearance in this matter. Accordingly, the court holds this motion in abeyance until July 14, 2011, or until Mr. Suhr files a Notice of Appearance, whichever is sooner. The Clerk of Court is DIRECTED to resubmit this motion to the undersigned accordingly.

SO ORDERED.

This, the 8th day of July, 2011.

_____
JAMES C. FOX
Senior United States District Judge